# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 20, 2006

To:  United States Court of Appeals      Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                           ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103              ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CV 02-00149 LEK           Appeal No:   04-16026
Short Title:   James Flowers vs. Sause Bros., Inc.

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy  9/29/03, 9/30/03, 10/1/03, 10/2/03 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: