United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: January 20, 2006

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                 ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103     ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CV 02-00149 LEK      Appeal No:    04-16026

Short Title:    James Flowers vs. Sause Bros., Inc.

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy<br>9/29/03, 9/30/03, 10/1/03, 10/2/03 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _[signature]_    Date: 04-17-2006

RECEIVED
CLERK U.S. DISTRICT COURT
APR 17 2006
DISTRICT OF HAWAII

cc:

SCANNED

113